■ SYDNEY LEIDER, Appellant, v. BETH ISRAEL HOSPITAL ASSOCIATION, Respondent.— Order entered on January 6, 1961, granting defendant's motion, pursuant to rule 113 of the Rules of Civil Practice, to dismiss the complaint, and from the judgment entered thereon on January 9, 1961 dismissing the complaint and awarding costs in favor of the defendant and against the plaintiff in the sum of $25 unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ OTTO SCHIEMANN, Respondent, v. GRACE LINE, INC., Appellant.— Order, entered on May 31, 1960, denying defendant's motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of PEARL VOGEL, Respondent, v. ALEX VOGEL, Appellant. — Order entered on May 24, 1960, insofar as it denies respondent-appellant's application for a reduction of certain payments required to be made by respondent-appellant for the support of the two minor children, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens and Eager, JJ.

■ In the Matter of FRANCES D. GANNON, Petitioner, v. MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, without costs. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE ISEAR, Appellant.— Order, entered on August 8, 1960, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ HELENE ADLER et al., Copartners Doing Business under the Name of ADOLPHE ADLER, Respondents, v. A. & M. DIAMOND CORP., Appellant and Third-Party Plaintiff. ADOM IPEKDJIAN et al., Third-Party Defendants.—Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ INTERNATIONAL FILM DISTRIBUTION ESTABLISHMENT, Also Known as INTERNATIONALE FILM VERTRIEBS ANSTALT, Appellant, v. PARAMOUNT PICTURES CORPORATION, Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ SERAPHIME JORDENS, Appellant, v. RALLET CORPORATION et al., Respondents.— Judgment and order (one paper) unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of GLORIA SCOTT, Respondent, v. HENRY SCOTT, Appellant.— Order, entered on December 20, 1960, denying respondent-appellant's application for a modification of the order of the Domestic Relations Court, entered on October 25, 1960, so as to relieve him of liability for support of the petitioner-respondent and a reduction of the weekly support payments, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.